*1538*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2: 26-c-163 |
| | ) | |
| v. | ) | (18 U.S.C. § 287) |
| | ) | |
| RAEANNE QUINLAN | ) | **[UNDER SEAL]** |

**FILED**

**AUG 0 4 2026**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

## INDICTMENT

## COUNTS ONE - NINE

The grand jury charges:

That on or about the dates listed below, in the Western District of Pennsylvania, the defendant, RAEANNE QUINLAN, made and presented and caused to be made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, claims against the United States which she then and there knew to be materially false, fictitious, and fraudulent in that the defendant, RAEANNE QUINLAN, submitted the following forms, on or about the following dates, on behalf of the following individuals known to the grand jury, for payment of a refund of taxes in the following approximate amounts, each such claim representing a separate count:

| Count | Name | Date | Form and Tax Year | Refund Claim |
|---|---|---|---|---|
| One | Individual known to the Grand Jury as DM | July 14, 2022 | Form 1040-X (2021) | $32,294 |
| Two | Individual known to the Grand Jury as JW | July 17, 2022 | Form 1040 (2021) | $32,220 |
| Three | Individual known to the Grand Jury as JJ | July 18, 2022 | Form 1040-X (2021) | $26,656 |
| Four | Individual known to the Grand Jury as LW | July 25, 2022 | Form 1040-X (2021) | $30,605 |
| Five | Individual known to the Grand Jury as LM | July 31, 2022 | Form 1040-X (2021) | $20,133 |
| Six | Individual known to the Grand Jury as ST | August 25, 2022 | Form 1040-X (2021) | $40,820 |

| Count | Name | Date | Form and Tax Year | Refund Claim |
|-------|------|------|-------------------|--------------|
| Seven | Individual known to the Grand Jury as AI | August 29, 2022 | Form 1040 (2021) | $32,196 |
| Eight | Individual known to the Grand Jury as ST | February 16, 2023 | Form 1040 (2022) | $19,968 |
| Nine | Individual known to the Grand Jury as DM | March 6, 2023 | Form 1040 (2022) | $1,000 |

All in violation of Title 18, United States Code, Section 287.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
BRENDAN T. CONWAY
Assistant United States Attorney
PA ID No. 78726

2